UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-81368-RLR

HOWARD COHAN,

    Plaintiff,

vs.

BOYNTON PB, LLC
a Florida Limited Liability Company
d/b/a PLAYA BOWLS

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED December 9, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via us mail:

BOYNTON PB, LLC
c/o COAKLEY, JOSEPH D, JR.
1100 N CONGRESS AVE
SUITE 110
BOYNTON BEACH, FL 33426

  /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**